UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-14-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15CR46 (RNC) |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1951(a) (Conspiracy to Interfere with Commerce by Robbery) |
| BRIAN MOORE, a.k.a. "B-Moore"; and DAJUHN GRIFFIN, a.k.a. "Dey Dey" | 18 U.S.C. § 1951(a) and 2 (Interference with Commerce by Robbery and Aiding and Abetting) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Interfere with Commerce by Robbery)

1. At all times material to this Indictment, Sidney Thomas Jewelers, Stamford Town Center Mall, 100 Grey Rock Place, Stamford, Connecticut, operated as a merchant retailer of jewelry, watches, and related accessories in interstate commerce and as part of an industry which affects interstate commerce.

2. On November 26, 2014, in the District of Connecticut and elsewhere, the defendants BRIAN MOORE and DAJUHN GRIFFIN, together and with others known and unknown to the Grand Jury, did knowingly and willfully conspire to obstruct, delay and affect the movement of articles and commodities in such commerce, by robbery, in that the defendants BRIAN MOORE and DAJUHN GRIFFIN, together and with others known and unknown to the Grand Jury, knowingly and willfully agreed and planned to take and obtain personal property from Sidney Thomas Jewelers, Stamford Town Center Mall, 100 Grey Rock Place, Stamford,

Connecticut, in the presence of employees and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to its property and employees.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
(Interference with Commerce by Robbery)

3. At all times material to this Indictment, Sidney Thomas Jewelers, Stamford Town Center Mall, 100 Grey Rock Place, Stamford, Connecticut, operated as a merchant retailer of jewelry, watches, and related accessories in interstate commerce and as part of an industry which affects interstate commerce.

4. On November 26, 2014, in the District of Connecticut, the defendants BRIAN MOORE and DAJUHN GRIFFIN, together and with others known and unknown to the Grand Jury, did knowingly and willfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendants BRIAN MOORE and DAJUHN GRIFFIN did unlawfully take and obtain personal property from Sidney Thomas Jewelers, Stamford Town Center Mall, 100 Grey Rock Place, Stamford, Connecticut, in the presence of employees and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to its property and employees.

All in violation of Title 18, United States Code, Section 1951(a) and 2.

## FORFEITURE ALLEGATION
(Robbery Offenses)

5. Upon conviction of the offense alleged in either Count One or Count Two of this Indictment, the defendants BRIAN MOORE and DAJUHN GRIFFIN shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 United

States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations Title 18, United States Code, Section 1951, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

6. If any of the above described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

7. All in accordance with Title 18, United States Code, Section 981(a)(1), as incorporated by Title 28 ,United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

GABRIEL J. VIDONI
ASSISTANT UNITED STATES ATTORNEY

3